983 So.2d 1286 (2008)
Warren LESTER, et al.
v.
EXXON MOBIL CORPORATION, et al.
No. 2008-CC-1362.
Supreme Court of Louisiana.
June 25, 2008.
In re Kerr-McGee Oil & Gas Corporation; Torch Energy Services Inc.; Shell Oil Co.; Shell Offshore Inc.;Defendants); Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. N, No: XXXX-XXXXX; to the Court of Appeal, Fourth Circuit, No(s). 2008-C-0155, 2008-C-0154.
Stay denied. Writ denied.